JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. LIMON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>HOME DEPOT, USA, INC., et al.,<br><br>        Defendants. | Case No. EDCV 24-2271-MWF(DTBx)<br><br>ORDER GRANTING STIPULATION TO CAP PLAINTIFFS' JUDGMENT, AWARD, OR RECOVERY AT $74,999.99, AND TO REMAND THE MATTER TO STATE COURT |

      The Court has reviewed the parties' Stipulation to Cap Plaintiffs' Judgment, Award, or Recovery at $74,999.00, and to Remand the Matter to State Court (the "Stipulation), filed November 25, 2024. (Docket No. 9). For good cause shown, the Stipulation is GRANTED. The Court ORDERS this entire action REMANDED to the Superior Court for the State of California, County of San Bernardino, pursuant to the terms set forth in the Stipulation.

      **IT IS SO ORDERED.**

Dated: November 26, 2024

                                                   _____
                                                   MICHAEL W. FITZGERALD
                                                   United States District Judge